✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                       DISTRICT OF                       CALIFORNIA

UNITED STATES OF AMERICA

v.                                                    **APPEARANCE**

ALMA LIDIA MARTINEZ-BERNAL              Case Number:   07MJ8864

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALMA LIDIA MARTINEZ-BERNAL

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ JOSEPH McMULLEN |
| 10/30/2007 | Signature |
| Date |  |
|  | Joseph McMullen / Federal Defenders of SD      246757 |
|  | Print Name                                             Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City                    State                    Zip Code |
|  | (619) 234-8467              (619) 687-2666 |
|  | Phone Number                                   Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007                              /s/ Joseph McMullen
                                                                    JOSEPH McMULLEN
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    e-mail: Joseph_McMullen@fd.org